THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD D. ROSSBOROUGH, Appellant.

Submitted November 17, 2014; decided November 18, 2014

Motion for assignment of counsel granted and Christine Seppeler, care of Law Office of Christine Seppeler, 144 Exchange Blvd., Suite 402, Rochester, New York 14614, assigned as counsel to the appellant on the appeal herein.